UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                      :
U.S. BANK NATIONAL ASSOCIATION,                                       :
                                                                      :
                                        Plaintiff,                    :
                                                                      :                 24-CV-2581 (JMF)
                      -v-                                             :
                                                                      :                 ORDER
218 REALTY LLC et al.,                                                :
                                                                      :
                                        Defendants.                   :
                                                                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In its Order dated May 29, 2024, the Court directed Plaintiff to "serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and . . . file proof of such service **within three business days of this Order**." ECF No. 20.  To date, Plaintiff has not filed any proof of service.  As a courtesy, its deadline to do so is hereby extended, *nunc pro tunc*, through and until **Monday, June 10, 2024**. Continued failure to comply with Court-ordered deadlines may result in sanctions, including dismissal of this action.

       SO ORDERED.

Dated: June 6, 2024
      New York, New York               _____
                                  JESSE M. FURMAN
                                United States District Judge