

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

June 12, 2024

Aaron P. Davis
(212) 803-9918
(646) 607-9095 Fax
adavis@polsinelli.com

**VIA ECF/PACER**

District Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 100037

    Re:    **U.S. Bank N.A. as Trustee for the Registered Holders of J.P. Morgan Chase v. 218 Realty, LLC, et al**
           **Case No.: 1:24-cv-02581-JMF**

    **LETTER MOTION REQUEST**

Dear Judge Furman:

    This firm represents U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp. Multifamily Mortgage Pass-Through Certificates, Series 2019-SB64 ("**Lender**"). Lender writes regarding this Court's May 29, 2024 order (the "**Order**") directing the filing of Lender's motion for default judgment.

    Lender interpreted the Order to require Lender file <u>both</u> its request for Clerk's Certificate of Default as well as its Motion for Default Judgment simultaneously. Lender incorrectly interpreted the statement "not merely its request for a Clerk's Certificate of Default" to mean the Court wanted the entire default package to be filed at the same time. Lender now realizes this interpretation was incorrect.

    As is apparent from the docket, Lender followed its incorrect interpretation by filing its entire motion for default judgment, as well as its request for Clerk's Certificates of Default by the June 12, 2024 deadline. Of course, Lender now realizes the Court meant Lender must comply with both default steps separately, and before June 12, 2024.

    This office sincerely apologizes for this error. The undersigned worked tirelessly over the past two weeks to draft all necessary pleadings in time for the June 12th deadline, and filed what I believed the Court was looking for.

polsinelli.com

Atlanta     Boston     Chattanooga     Chicago     Dallas     Denver     Fort Lauderdale     Houston
Kansas City     Los Angeles     Miami     Nashville     New York     Phoenix     Raleigh
St. Louis     Salt Lake City     San Francisco     Seattle     Silicon Valley     Washington, D.C.     Wilmington

Polsinelli PC, Polsinelli LLP in California

95558621.1



Page 2

As of the writing of this letter request, Lender has appropriately filed the requests for Clerk's Certificates of Default for all Defendants. And Lender is willing and able to immediately re-file its motion for default judgment after clerk's default is entered.

As such, Lender respectfully requests this Court extend the June 12th deadline so that Lender may re-file its motion for default judgment. Lender will do so the same day clerk's default is entered as to each defendant.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Aaron P. Davis*
Aaron P. Davis

Whereas Plaintiff has, since the filing of this letter motion, obtained Clerk's Certificates of Default and re-filed its motion for default judgment and supporting papers, *see* ECF Nos. 39-49, Plaintiff's deadline is hereby extended, *nunc pro tunc*, and its motion is deemed timely. By separate Order to be entered today, the Court will set a schedule for opposition and a default judgment hearing.

The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

June 14, 2024

95558621.1